# TIFFANY & BOSCO
##### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-14228

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 4:08-bk-06524-JMM |
| Yolanda Grierson, Carlos Perez<br>      Debtors. | Chapter 13 |
| Everhome Mortgage Company | MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY |
|       Movant,<br>vs. | RE: Real Property Located at<br>4201 N. Pocito<br>Tucson, AZ 85705 |
| Yolanda Grierson, Carlos Perez, Debtors; Dianne C. Kerns, Trustee. | |
|       Respondents. | |

    Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), and to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

    This motion is supported by the attached Memorandum of Points and Authorities, which is

…

incorporated herein by this reference.

DATED this 11th day of January, 2010.

> Respectfully submitted,
>
> TIFFANY & BOSCO, P.A.
>
> BY  /s/ MSB # 010167
> Mark S. Bosco
> Leonard J. McDonald
> Attorney for Movant

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Yolanda Grierson, Carlos Perez filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code. Dianne C. Kerns was appointed Trustee of the bankruptcy estate.

2. Debtors have certain real property located in Pima County, Arizona, more particularly described as:

> LOT 6, OF PARK EL MONTE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, RECORDED IN BOOK 12 OF MAPS, PAGE 54.

3. Carlos Perez executed a Note secured by a Deed of Trust, dated July 9, 2003, recorded in the office of the Pima County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference. Further, Movant is the assignee of the Deed of Trust. The assignment of record is annexed as Exhibit "C".

4. By virtue of the Note and Deed of Trust, Movant has a secured interest in the property described herein and a secured claim. Movant may seek leave of Court to specify any further encumbrances against the Property at the time of the Preliminary and/ or Final Hearing hereon.

5. There is a default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after September 1, 2008. Post-petition payments are due as follows:

| | |
|---|---:|
| **9 Monthly Payments at $827.38** | **$7,446.42** |
| **(May 1, 2009 - January 1, 2010)** | |
| **Motion for Relief Filing Fee** | **$150.00** |
| **Attorneys Fees** | **$350.00** |
| **NSF Fees Due** | **$50.00** |
| **Accrued Late Fees** | **$275.24** |
| **Suspense Amount** | **($130.48)** |
| **Total** | **$8,141.18** |

Furthermore, each subsequent payment becomes on the 1st day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due.

6. Everhome Mortgage Company is owed for the principal balance in the amount of $93,991.30, plus accruing interest, costs, and attorneys fees.

7. Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 4201 N. Pocito, Tucson, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement. However, Movant may not enforce, or threaten to enforce, any personal liability if Debtors' personal liability is discharged in this bankruptcy case.

8. Pursuant to the Note and Deed of Trust Movant is allowed to request this court to grant reasonable attorney's fees and costs and allowing payment of Movant's attorney's fees and costs pursuant to 11 U.S.C. Section 506(b) which state as follows:

> To the extent that an allowed secured claim is secured by property value of which, after any recovery under subsection (c) of this section, is greater than the amount of such claim, there shall be allowed to the holder of such claim, interest on such claim and any reasonable fees/costs, or charges provided for under the agreement which such claim arose.

## **CONCLUSION**

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtors their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict debtors and/or successors of debtors and to obtain ownership, possession and control of the Property.

DATED this 11th day of January, 2010.

BY  /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road
Ste. 300
Phoenix, Arizona 85016
Attorneys for Movant