# LAW OFFICES OF
# BRIDEGROOM & HAYES

1656 North Columbus Boulevard
Tucson, AZ 85712
(520) 792-0600 or (520) 327-0672
Fax: (520) 323-6474

Bruce D. Bridegroom, Attorney for Debtors
Bar No. 002649

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br>YOLANDA GRIERSON,<br>and<br>CARLOS PEREZ,<br><br>      Debtors.<br><br>EVERHOME MORTGAGE COMPANY,<br><br>      Movant,<br>vs.<br>YOLANDA GRIERSON,<br>CARLOS PEREZ, and<br>DIANNE C. KERNS, Trustee,<br><br>      Respondents. | Chapter 13<br><br>Case No. 4-08-bk-06524-JMM<br><br><br>DEBTORS' OPPOSITION TO MOTION<br>FOR RELIEF FROM STAY |

    **COMES NOW** the Debtors, YOLANDA GRIERSON and CARLOS PEREZ, by and through the attorneys, BRIDEGROOM & HAYES, and hereby allege as follows in opposition to Movant's Motion for Relief from Stay:

    1.    Admits that they are obligated to Movant for their house located at 4201 N. Pocito Pl., Tucson Arizona.

    2.    Deny that they are in arrears in payments to Movant in the amount alleged in the Motion and further alleges that the property is Debtors' residence and is necessary for an effective reorganization and that there is equity in the property.

    3.    The Debtors have no knowledge as to the remaining allegations and therefore deny same.

    **WHEREFORE**, the Debtors request that Movant's Motion be denied.

**DATED** this **12th** day of **January, 2010**.    BRIDEGROOM & HAYES

                                                /s/ Bruce D. Bridegroom
                                              Bruce D. Bridegroom
                                              Attorney for Debtors

| | |
|---|---|
| 1 | **Case No. 4-08-bk-06524-JMM** |
| 2 | A copy of the foregoing was mailed on the **12th** day of |
| 3 | **January, 2010** to: |
| 4 | Mark S. Bosco |
| | Leonard J. McDonald |
| 5 | Tiffany & Bosco |
| | 2525 E. Camelback Rd. #300 |
| 6 | Phoenix, AZ 85016 |
| | Attorneys for Movant |
| 7 | |
| | Dianne C. Kerns, Trustee |
| 8 | *via EZ Messenger* |
| 9 | Yolanda Grierson |
| | 4201 N Pocito Pl |
| 10 | Tucson, AZ 85705 |
| | Debtor |