**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

**UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| YOLANDA GRIERSON | ) Case No.: 08-06524-TUC-JMM |
| CARLOS PEREZ | ) **Application for Payment of Unclaimed Funds to the U.S. Bankruptcy Court** |
| Debtors | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| <u>Check No.</u> | <u>Date Issued</u> | <u>Debtor/Creditor Name and Address</u> | <u>Amount</u> |
|---|---|---|---|
| 214173 | 10/047/2010 | YOLANDA GRIERSON AND CARLOS PEREZ<br>4201 N. PACITO PLACE<br>TUCSON, AZ 85705 | $429.92 |
| | | **Total** | **$429.92** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $429.92 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 03/30/2011

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee